

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BTCDA, LLC, | § | No. 08-23-00171-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Seven |
| HOUSING AUTHORITY OF THE CITY OF EL PASO d/b/a HOUSING OPPORTUNITY MANAGEMENT ENTERPRISES, | § § | of El Paso County, Texas (TC# 2023DCV0565) |
| Appellee. | | |

## **MEMORANDUM OPINION**

On July 10, 2023, Appellant BTCDA, LLC, filed an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a) (governing voluntary dismissals). In its motion, Appellant represents that, on July 7, 2023, Appellee Housing Authority of the City of El Paso d/b/a Housing Opportunity Management Enterprises filed a Notice of Nonsuit dismissing Appellant from the trial court proceedings. Accordingly, Appellant no longer desires to prosecute this appeal.

We grant Appellant's unopposed motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Court costs are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d) (court to tax costs against appellant absent agreement of the parties).


GINA M. PALAFOX, Justice

July 17, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.